UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT CLARK,

        Petitioner,               Case No. 1:07-cv-752

v.                                   Honorable Gordon J. Quist

SHERRY BURT,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:  October 11, 2007                 /s/ Gordon J. Quist
                                                     Gordon J. Quist
                                                     United States District Judge